UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EXPORT DEVELOPMENT CANADA,<br><br>        Plaintiff,<br><br>  v.<br><br>BNL DISTRIBUTION SERVICES, INC.,<br><br>        Defendant. | HONORABLE JOSEPH E. IRENAS<br>CIVIL ACTION NO. 08-2576<br>(JEI)<br><br>**MEMORANDUM ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br>**(Docket Entry 15)** |

**APPEARANCES:**

BRESSLER, AMERY & ROSS
BY:  David H. Pikus, Esq.
     Genevieve K. LaRobardier, Esq.
325 Columbia Turnpike
Florham Park, NJ 07932
   Counsel for Plaintiff

STEVEN J. JOZWIAK, ESQ.
523 Hollywood Avenue
Suite 206
Cherry Hill, NJ 08002
   Counsel for Defendant

**IRENAS**, Senior District Judge:

    This matter having appeared before the Court on the Motion for Summary Judgment of Plaintiff (Docket No. 15), and it appearing that:

1. On October 14, 2008, Plaintiff filed the present Motion for Summary Judgment, asserting that (a) Plaintiff sold goods to Defendant and (b) Defendant failed to pay Plaintiff amounts due under that commercial obligation.

2. Defendant's response to Plaintiff's Motion was due on

November 4, 2008.

3. On November 4, 2008, Defendant's counsel, Steven J. Jozwiak, submitted a letter to the Court in which he states that no response to Plaintiff's Motion for Summary Judgment will be filed because Defendant intends to file for bankruptcy and has retained A. Fred Ruttenberg of the law firm Flaster & Greenberg to file a bankruptcy petition on Defendant's behalf.

4. On November 7, 2008, the Court contacted Mr. Ruttenberg via telephone and was advised that Mr. Ruttenberg intends to file a bankruptcy petition on behalf of Defendant during the week of November 10, 2008.

5. The Court having considered Plaintiff's Motion for Summary Judgment and determined that the motion is meritorious.

Therefore, **IT IS** on this 7th day of November, 2008,

**ORDERED THAT:**

Plaintiff's Motion for Summary Judgment is hereby **GRANTED** and Judgment shall be entered herewith against Defendant and in favor of Plaintiff in the amount of Five Hundred and Seventy-Six Thousand, Two Hundred and Eighty Dollars and Eighty-Nine Cents ($576,280.89) including:

    (a) Unpaid commercial obligations in the amount of Five Hundred and Twenty-Four Thousand, Nine Hundred and Ninety-Six Dollars and Twenty-Five Cents ($524,996.25).

    (b) Interest accrued through November 1, 2008, in the amount

of Fifty-One Thousand, Two Hundred and Eighty-Four Dollars and Sixty-Four Cents ($51,284.64).

        s/ Joseph E. Irenas
**JOSEPH E. IRENAS, S.U.S.D.J.**